PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles Williams  Cr.: 06-00317-001
PACTS Number: 14895

Name of Sentencing Judicial Officer: Honorable Charles H. Haden II, Chief U.S. District Judge - Southern District of West Virginia

Date of Original Sentence: 02/03/97

Original Offense: Possession With Intent to Distribute Cocaine Base

Original Sentence: 120 months incarceration; 5 years supervised release; $1,000 fine; $100 special assessment. Special condition: drug treatment/urinalysis.

Type of Supervision: Supervised Release  Date Supervision Commenced: 02/10/05

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

The defendant shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be allowed to maintain employment if proper confirmation is submitted. Williams shall pay subsistence as required by the program. The defendant is not eligible for weekend privileges.

## CAUSE

Williams failed to follow instruction of the undersigned Probation Officer by operating a vehicle without a valid driver's license. In addition, he failed to submit monthly written reports within the allotted time period.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 10/13/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/4/09
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be allowed to maintain employment at Conway (weekdays from 5:00pm to 1:30am) if proper confirmation is submitted. Williams is not eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _Joseph Empirio_
U.S. Probation Officer
Joseph Empirio

Signed: _Charles Williams_
Supervised Releasee
Charles J. Williams

9/25/09
DATE